UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:12-CR-274-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | NOTICE OF |
| | ) | LIMITED APPEARANCE |
| ANTHONY WAYNE WIGGINS | ) | |
| _____ | ) | |

NOW COMES RICHARD CROUTHARMEL, pursuant to Local Rule 44.1(b) and Standing Order 19-SO-3, having been court-appointed under the Criminal Justice Act, hereby giving notice of limited appearance on behalf of the defendant, Anthony Wayne Wiggins, for the limited purpose of legal representation as set forth within Standing Order 19-SO-3 in the above-captioned criminal matter.

Respectfully submitted this <u>30th</u> day of <u>March</u>, 2022.

<u>/s/ Richard Croutharmel</u>
Richard Croutharmel
Attorney for Defendant
5 West Hargett Street, Suite 706
Raleigh, NC 27601
Telephone: 919-755-1113
Fax: 919-755-1162
Email: rcroutharmel@earthlink.net
NC State Bar No. 29165

## CERTIFICATE OF FILING AND SERVICE

I certify that I filed and served the foregoing **NOTICE OF LIMITED APPEARANCE** electronically with Clerk of Court for the United States District Court for the Eastern District of North Carolina using the CM/ECF system which will send notice of such filing to the following registered CM/ECF user representing the United States Government: Joshua Royster, Assistant United States Attorney.

THIS the 30th day of March, 2022.

/s/ Richard Croutharmel
Richard Croutharmel
Attorney for Defendant
5 West Hargett Street, Suite 706
Raleigh, NC 27601
Telephone: 919-755-1113
Fax: 919-755-1162
Email: rcroutharmel@earthlink.net
NC State Bar No. 29165